**FILED**

09/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0468





# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 21-0468

JUSTIN ALAN QUINLAN,

      Appellant,

  v.

PETER BLUDWORTH.

      Appellee.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED:   September 14, 2021.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court